# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| SEAN CEE, | 3:08-CV-0613-LRH-RAM |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER** |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION | |
| Defendant. | |

Comes now Defendant, National Aeronautics and Space Administration, through its undersigned counsel, United States Attorney GREGORY BROWER and HOLLY A. VANCE, Assistant United States Attorney, and Plaintiff Sean Cee, and stipulate for an extension of time from January 9, 2009 to January 26, 2009 within which to file a response to Plaintiff's Motion for Summary Judgment.

This extension is needed because defense counsel must consult with representatives

//

within the National Aeronautics and Space Administration and such representatives are currently out of their office due to the Christmas and New Year holidays. The consultation is necessary for defense counsel to properly respond to Plaintiff's motion.

Plaintiff does not oppose this request for an extension until January 26, 2009.

Dated: December 30, 2008

GREGORY A. BROWER
United States Attorney

*Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
Attorney for Defendant

Dated: 30 December 2008

SEAN CEE, ESQ.

*S. C.*
SEAN CEE, ESQ.
Plaintiff

IT IS SO ORDERED:

DATED: January 12, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE