AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

SEAN CEE,

      Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER:   **3:08-CV-0613-LRH (RAM)**

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's Motion for Summary Judgment [6] is DENIED. FURTHER ORDERED that NASA's Cross-Motion for Summary Judgment [10] is GRANTED. FURTHER ORDERED that plaintiff's Request for Oral Argument [15] is DENIED.

August 25, 2009                           **LANCE S. WILSON**
                                                   Clerk

                                                  /s/ Marti Campbell
                                                    Deputy Clerk